# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI

CHRISTOPHER CLEMONS, )
        Plaintiff, )
vs. ) Case No. 16-04157-CV-C-NKL
UNILEVER MANUFACTURING (US) INC., )
        Defendant. )

## JOINT DESIGNATION OF MEDIATOR CERTIFICATE

Mediator Jim Margolin has been designated to conduct the MAP mediation in this case. The mediation will be held on August 19, 2016, at 9:30 a.m., in Columbia, Missouri, unless otherwise notified by the Mediator.

Respectfully submitted,

| HOLLINGSHEAD, PAULUS & ECCHER | LATHROP & GAGE, LLP |
|---|---|
| */s/ John M. Eccher* | */s/ Bridget B. Romero* |
| John M. Eccher #62869 | Rosalee M. McNamara (Mo. Bar 33645) |
| j.eccher@hpeflaw.com | rmcnamara@lathropgage.com |
| Jeremy D. Hollingshead #60447 | Bridget B. Romero (Mo. Bar. 56850) |
| 7777 Bonhomme Avenue, Suite 2401 | bromero@lathropgage.com |
| Saint Louis, Missouri 63105 | Amanda S.E. Sisney (Mo. Bar. 65186) |
| Telephone:(314) 480-5474 | asisney@lathropgage.com |
| Facsimile: (314) 594-0825 | 2345 Grand Boulevard, Suite 2200 |
| | Kansas City, Missouri 64108-2618 |
| *Attorneys For Plaintiff* | Telephone: 816.292.2000 |
| | Facsimile: 816.292-2001 |
| | *Attorneys for Defendant* |