# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| CHRISTOPHER CLEMONS, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> UNILEVER MANUFACTURING (US) INC., ) <br> ) <br> Defendant. ) | Case No. 2:16-cv-04157-NKL |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that Defendant Unilever Manufacturing (US) Inc. served its *Defendant's First Interrogatories to Plaintiff and Defendant's First Request for Production of Documents* by e-mail on July 27, 2016 on the following attorney of record:

> John M. Eccher
> Jeremy D. Hollingshead
> Hollingshead, Paulus, Eccher & Fry
> The Sevens Building
> 7777 Bonhomme Avenue, Suite 2401
> St. Louis, Missouri 63105
>
> *Attorneys for Plaintiff*

Dated: July 28, 2015    By:   */s/ Bridget B. Romero*
                               Rosalee M. McNamara (Mo. Bar No. 33645)
                               rmcnamara@lathropgage.com
                               Bridget B. Romero (Mo. Bar No. 56850)
                               bromero@lathropgage.com
                               Amanda S.E. Sisney (Mo. Bar No. 65186)
                               asisney@lathropgage.com
                               LATHROP & GAGE LLP
                               2345 Grand Boulevard, Suite 2200
                               Kansas City, Missouri 64108-2618
                               Telephone:    816.292.2000
                               Facsimile:     816.292.2001
                               *Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served via the Court's electronic mail system this 28th day of July, 2016 to:

John M. Eccher
Jeremy D. Hollingshead
Hollingshead, Paulus, Eccher & Fry
The Sevens Building
7777 Bonhomme Avenue, Suite 2401
St. Louis, Missouri 63105

*Attorney for Plaintiff*

                                            */s/ Bridget B. Romero*
                                            An Attorney for Defendant