**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| CHRISTOPHER CLEMONS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 16-04157-CV-C-NKL |
| | ) | |
| UNILEVER MANUFACTURING (US) INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

## AMENDED JOINT DESIGNATION OF MEDIATOR CERTIFICATE

Mediator Jim Margolin has been designated to conduct the MAP mediation in this case.

The mediation will be held on September 12, 2016, at 10:30 a.m., in Columbia, Missouri, unless

otherwise notified by the Mediator.

Respectfully submitted,


HOLLINGSHEAD, PAULUS & ECCHER       LATHROP & GAGE, LLP

*/s/ John M. Eccher*                           */s/ Bridget B. Romero*
John M. Eccher #62869                    Rosalee M. McNamara (Mo. Bar 33645)
j.eccher@hpeflaw.com                     rmcnamara@lathropgage.com
Jeremy D. Hollingshead #60447       Bridget B. Romero (Mo. Bar. 56850)
7777 Bonhomme Avenue, Suite 2401   bromero@lathropgage.com
Saint Louis, Missouri 63105            Amanda S.E. Sisney (Mo. Bar. 65186)
Telephone:(314) 480-5474                asisney@lathropgage.com
Facsimile: (314) 594-0825               2345 Grand Boulevard, Suite 2200
                                                   Kansas City, Missouri 64108-2618
*Attorneys For Plaintiff*                   Telephone:     816.292.2000
                                                   Facsimile:     816.292-2001

                                                   *Attorneys for Defendant*